# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Phillip Lunn et al | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:21-cv-00872 DDP(PDx) |
| City of Los Angeles | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____    _____
Date                                        United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

DECLINED BY COURT.

_____

2/26/2021                                        David O. Carter
Date                                                   United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:17-cv-00246 DOC(KESx)  and the present case:

☐ A.  Arise from the same or closely related transactions, happenings or events; or

☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/19)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)