UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL    JS-6

Case No.   2:21cv00872-DDP (PDx)                                         Date: March 7, 2024

Title     *PHILLIP LUNN; ET AL. v. CITY OF LOS ANGELES*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)**

   Counsel are hereby notified. The above-referenced case should have been closed on entry dated September 20, 2022, with this Court's Order Granting Defendants Motion to Dismiss Complaint[15] [22]. Make JS-6.

00:00
**Initials of Preparer**    CMJ